UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-313-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| ARTHUR LEE GUNN, III | |

On motion of the Defendant, Arthur Lee Gunn, III, and for good cause shown, it is hereby ORDERED that the **[DE 25]** and its accompanying order be sealed until further notice by this Court.

IT IS SO ORDER.

This ___3rd___ day of February 2016.

MALCOLM J. HOWARD
Senior United States District Judge