UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-313-H-1

UNITED STATES OF AMERICA

v.

ARTHUR LEE GUNN, III

ORDER TO SEAL

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 36 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 2nd day of August 2016.

_____
MALCOM J. HOWARD
Senior United States District Judge