UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-313-1H

UNITED STATES OF AMERICA

v.

ARTHUR LEE GUNN, III

ORDER

Upon unopposed motion of the defendant, and for good cause shown, the defendant's motion to terminate his supervised release is granted, and his term of supervised release in this matter is hereby terminated.

This the 21st day of January 2020.

_____
MALCOLM J. HOWARD
Senior United States District Court Judge